AUGUST 18, 1952

**No. 56838.**—SUIT 4717.—United States *v.* Fred Whitaker Company, Inc.— —C. D. 1365 affirmed June 24, 1952. C. A. D. 492.

BEFORE THE SECOND DIVISION, AUGUST 26, 1952

**No. 56839.**—Ford Motor Company *v.* United States, protests 134755–K, etc. (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of rough iron castings similar in all material respects to those the subject of *Ford Motor Company* v. *United States* (27 Cust. Ct. 22, C. D. 1342), the claim of the plaintiff was sustained.

**No. 56840.**—Intercontinental Metal Corp. *v.* United States, protest 175413–K (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise in controversy consists of copper scrap of which metal is the component material of chief value and that it is secondhand and fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.